IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DANIEL R. GRANILLO (# A0731449)**                                         **PLAINTIFF**

**v.**                                                                     **No. 2:06CV159-B-B**

**CORRECTIONS CORPORATION**
**OF AMERICA, ET AL.**                                                     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 13th day of March, 2007.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE

Dockets.Justia.com