**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**DANIEL R. GRANILLO (# A0731449)**                                    **PLAINTIFF**

**v.**                                                                                   **No. 2:06CV159-B-B**

**CORRECTIONS CORPORATION**
**OF AMERICA, ET AL.**                                                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 13th day of March, 2007.

                                                                        /s/ Neal Biggers

                                                                        NEAL B. BIGGERS
                                                                        SENIOR U. S. DISTRICT JUDGE